HEYWARD v. STILWELL and others.

In a mortgage case which may require the examination of a complainant as to payments, such examination cannot take place prematurely, merely because he is leaving the state.

A CASE of foreclosure. An advertisement was running against some of the defendants ; and the complainant deposed, that he himself was about to leave the state and should not return until after the cause was ready for a hearing. Motion that he be now examined as to any payments.

*October* 1,
1838.

*Practice.*

*Mr. Charles B. Moore*, for the mortgagee.

THE VICE-CHANCELLOR considered the application premature. If it were a case that required the examination of the complainant, it could be done at the proper time, even if he were out of the state, by interrogatories through a commission : *Rule* 76 ; and the cause might even be settled before the usual time to examine the complainant.